PROB 12C
(6/16)

Report Date: March 20, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 21 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jomo Ken Martin                    Case Number: 0980 2:07CR00017-WFN-1

Address of Offender:                          Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 2, 2007

Original Offense:        Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:       Prison - 120 months;             Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     U.S. Attorney's Office           Date Supervision Commenced: September 8, 2016

Defense Attorney:        Federal Defenders Office         Date Supervision Expires: September 7, 2019

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

    1                  **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local
                       crime.

                       **Supporting Evidence**: On September 9, 2016, Mr. Jomo Martin signed his conditions of
                       supervision, indicating he understood all conditions as ordered by the Court. Specifically,
                       Mr. Martin was made aware by his U.S. probation officer that he shall not commit another
                       federal, state, or local crime.

                       On March 16, 2018, Mr. Martin violated mandatory condition number 2 when he was
                       arrested by local authorities for an alleged incident of domestic violence that occurred on
                       March 14, 2018. According to Spokane Police Department report (#18-20047064), the
                       offender was arrested on March 16, 2018, and charged with assault, unlawful imprisonment,
                       and interfering with the reporting of domestic violence.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C

Re: Martin, Jomo Ken
March 20, 2018
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/20/2018

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

3/21/18

Date