PROB 12C
(6/16)

Report Date: March 29, 2018

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jomo Ken Martin                   Case Number: 0980 2:07CR00017-WFN-1

Address of Offender:                       Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 2, 2007

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:   Prison - 120 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: U.S. Attorney's Office          Date Supervision Commenced: September 8, 2016

Defense Attorney:    Federal Defender's Office       Date Supervision Expires: September 7, 2019

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 03/20/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On September 9, 2016, Mr. Jomo Martin signed his conditions of supervision, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Martin was made aware by his U.S. probation officer that he shall not commit another federal, state, or local crime.

On March 28, 2018, Mr. Martin violated mandatory condition number 2 by violating a no-contact order (NCO) that prohibits him from returning to the residence located at 4524 North Hartley Avenue in Spokane, Washington, which he previously shared with his wife. The NCO was enacted on March 19, 2018, by Spokane County Superior Court, in response to an incident of domestic violence that occurred between the offender and his wife. On March 28, 2018, the undersigned officer was able to confirm the order remains active to date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 03/20/2018.

Prob12C
**Re: Martin, Jomo Ken**
**March 29, 2018**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/29/2018

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/29/2018
Date