PROB 12C
(6/16)

Report Date: April 30, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 30 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jomo Ken Martin | Case Number: 0980 2:07CR00017-WFN-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 2, 2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: September 8, 2016 |
| Defense Attorney: | Christina Hunt | Date Supervision Expires: September 7, 2019 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/20/2018 and 03/29/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On September 9, 2016, Jomo Martin signed his conditions of supervision indicating he understood all conditions as ordered by the Court. Specifically, Mr. Martin was made aware by his U.S. probation officer that he shall not commit another federal, state, or local crime.<br><br>On April 18, 2018, Mr. Martin violated mandatory condition number 2 by violating a no-contact order (NCO) that prohibits him from having any contact with his wife, Crystal Martin. On the date in question, the offender gave his teenage daughter a note to give to her mother, Crystal Martin. As a result of what was written in the letter, Crystal Martin's mother reported Mr. Martin to the Spokane Police Department as being suicidal. As was previously reported to the Court, the NCO was enacted on March 19, 2018, by Spokane County Superior Court, in response to an incident of domestic violence that occurred between Mr. Martin and his wife. On April 23, 2018, the undersigned officer was able to confirm the order was still active on the date in question. |

Prob12C
Re: Martin, Jomo Ken
April 30, 2018
Page 2

The undersigned officer respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/20/2018 and 03/29/2018, and that the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/30/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/30/18
Date