PROB 12C
(6/16)

Report Date: November 26, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jomo Ken Martin | Case Number: 0980 2:07CR00017-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: July 2, 2007 | |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 | |
| Original Sentence: Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: David Michael Herzog | Date Supervision Commenced: September 8, 2016 |
| Defense Attorney: William Miles Pope | Date Supervision Expires: September 7, 2019 |

### PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/20/2018, 03/29/2018 and 04/30/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: On September 9, 2016, Jomo Martin signed his conditions of supervision indicating he understood all conditions as ordered by the Court. Specifically, Mr. Martin was made aware by his U.S. probation officer that he must notify the undersigned officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>On November 17, 2018, Mr. Martin violated standard condition number 11 by failing to report he had contact with Airway Heights Police Department officers on November 14, 2018.<br><br>On November 15, 2018, the undersigned officer was contacted by Officer E. Rose of the Airway Heights Police Department. Officer Rose advised that she and her partner, officer B. King, were dispatched to the residence of a woman who became concerned after giving her personal information to a man (later identified as Jomo Martin) she met at the Spokane County Courthouse earlier that date. The woman stated she overheard Mr. Martin talking about how he owns a company and is looking for a secretary. Because the woman is currently searching for employment, she engaged the offender in conversation and the two |

exchanged their contact information in order to schedule an interview. When the two spoke on the phone later that evening regarding an interview, the woman provided the offender her address and he asked something to the effect of "so, do you give me permission to come in your house?" The woman became concerned by that question and contacted law enforcement.

Pretending to be the woman, Officer Rose spoke with the offender on the phone and told him he could come by the house to do the interview. Mr. Martin arrived at the residence on foot, where he was met by police officers. Officer King had previously worked at a facility where Mr. Martin was incarcerated and immediately recognized him.

On November 21, 2018, the undersigned officer attempted to contact the offender regarding the incident, but was unsuccessful. As of this date, Mr. Martin has still not addressed this incident with the undersigned officer.

5   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On September 9, 2016, Mr. Jomo Martin signed his conditions of supervision, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Martin was made aware by his U.S. probation officer that he shall not commit another federal, state, or local crime.

On November 23, 2018, it is alleged Jomo Martin violated mandatory condition number 2 when the Spokane Police Department deemed there was probable cause to arrest him for Assault in the Fourth Degree (RCW 9A.36.041) and Interfering with the Reporting of Domestic Violence (RCW 9A.36.150).

According to Spokane Police Department report #2018-20232210, officers were dispatched to the offender's residence after his wife, Crystal Martin, reported being punched in the face and thrown to the ground by Jomo Martin. Crystal Martin is currently in a high risk pregnancy and due in 2 weeks. Upon arrival, officers were unable to make contact with anyone at the residence, therefore, they contacted Crystal's mother. She advised law enforcement that Mr. Martin has a history of violence against her daughter and that she was very concerned for her safety.

When officers were able to make contact with Ms. Martin, she stated she had been in a verbal confrontation with the offender and that during the argument he punched her in the face and threw her to the ground. Officers observed swelling to her lower lip and were able to confirm that this was where the offender had struck her with a closed fist. Bruises were also observed on Ms. Martin's arms. According to the couple's eldest daughter, Mr. Martin has repeatedly grabbed her mother by the arm within the last few weeks when she would attempt to leave the residence, which left bruises visible on her arms and legs.

6   **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: On September 9, 2016, Jomo Martin signed his conditions of supervision indicating he understood all conditions as ordered by the Court. Specifically, Mr. Martin was made aware by his U.S. probation officer that he must notify the

undersigned officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On November 26, 2018, Mr. Martin violated standard condition number 11 by failing to report that he was questioned by officer T. Schwering, of the Spokane Police Department (SPD), on November 23, 2018.

On November 23, 2018, while interviewing the offender's wife regarding a report of domestic violence, she allowed Officer T. Schwering to answer an incoming call from Jomo Martin. Officer Schwering identified himself to the male caller who stated that he did not want to speak with the officer, he just wanted to speak with his wife. Officer Schwering then asked the offender what had occurred earlier at the residence and he responded that he and his wife had an argument, but denied physically assaulting her. Jomo Martin declined to speak with Officer Schwering in person or provide him with his current location.

On November 26, 2018, the undersigned officer attempted to contact the offender regarding the incident, but was initially unsuccessful.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/26/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

November 26, 2018
Date